UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 06-10171-RWZ

UNITED STATES OF AMERICA

v.

PAUL PALERMO

ORDER
April 20, 2007

ZOBEL, D.J.

Paul Palermo pled guilty to a number of drug offenses and agreed to the forfeiture of a 1997 Ford Truck. A preliminary order of forfeiture entered, and the United States is in the process of providing notice to third parties who may have an interest in the truck. On February 20, 2007, Ana Maria Keegan sent a letter to the court to which are attached title documents which, she claims, show her ownership of the truck. The clerk docketed these papers as a Motion for Return of Property (#75), and the government has moved to dismiss.

To the extent the documents are treated as a motion for return of property under Rule 41 (g) of the Federal Rules of Criminal Procedure, the government is correct, relief is not available as ancillary proceedings have commenced.

Ms. Keegan is entitled to present her claim in the forfeiture proceeding, but it must comply with statutory requirements, 21 U.S.C. § 853 (n) (2) and (3). Thus, Ms. Keegan must file a petition, which may be in the form of a letter, under the penalty of perjury, which "shall set forth the nature and extent of [her] right, title, or interest in the

property, the time and circumstances of [her] acquisition ... [thereof], any additional fact supporting [her] claim, and the relief sought." The materials filed do not comply with these statutory requirements. However, they shall be treated as a proper petition, provided Ms. Keegan, within 10 days of the date of this order, files a claim that complies with the statute.

April 20, 2007
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE